IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARL LANE,                          )
                                    )
    Plaintiff,                      )
                                    )
        v.                          )   Civil Action No. 05-1045
                                    )   Chief Judge Ambrose
SANDY THOURP, *et al.*,             )   Magistrate Judge Caiazza
                                    )
                                    )
    Defendants.                     )

### ORDER

IT IS HEREBY ORDERED that the Plaintiff shall provide proper instructions for service upon **each** Defendant, along with a completed notice and waiver of summons, to the Clerk of Court, for the Western District of Pennsylvania, on or before September 8, 2005.


August 24, 2005            s/Francis X. Caiazza
                                    Francis X. Caiazza
                                    U.S. Magistrate Judge


cc:
Carl Lane, AS-1293
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112